

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CCC:MEM  
F. #2017R01937

*610 Federal Plaza*
*Central Islip, New York 11722*

March 23, 2020

<u>By ECF and Email</u>

Christopher J. Cassar, Esq.
Christopher J. Cassar P.C.
13 East Carver Street
Huntington, NY 11743

    Re: United States v. Howard Davis
       <u>Criminal Docket No. 17-CR-615 (S-1) (JMA)</u>

Dear Mr. Cassar:

  Pursuant to the government's disclosure obligations under <u>Brady v. Maryland</u> and its progeny, the government hereby notifies the defendant regarding a document, attached as

Exhibit 1, which contains information that the defendant directed the shooting of Marvin Holmes on May 31, 2015, but did not shoot Holmes himself.[1]

        Please contact us with any questions.

                      Very truly yours,

                      RICHARD P. DONOGHUE
                      United States Attorney

By:    /s_____
       Christopher C. Caffarone
       Monica K. Castro
       Mark E. Misorek
       Assistant U.S. Attorneys
       (631) 715-7874

Enclosures

cc:    The Honorable Joan M. Azrack (By Hand without attachments)

---

[1] To date, the government has not identified any other <u>Brady</u> documents, but recognizes its on-going obligation and will turn over any such material, if identified, prior to trial.