CCC:MEM/MKC
F.#2017R01937

FILED
CLERK

3/30/2021 1:22 pm

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

HOWARD DAVIS,
    also known as "Mr. Fed up" and
    "Mousey,"

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

O R D E R

17-CR-615 (S-3)(JMA)

Upon the application of MARK J. LESKO, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorneys Christopher Caffarone, Mark Misorek and Monica Castro it is hereby:

**ORDERED** that counsel for the defendant, or anyone acting under the direction of defense counsel, may not reproduce, distribute or otherwise disseminate the exhibits, 18 U.S.C. § 3500 and Giglio materials or their contents (collectively hereinafter the "Trial Materials"), which will be provided in connection with the upcoming trial, to anyone beyond the defendant, defense counsel, and any paralegal, investigator or staff employed by the defense;

**ORDERED** that the defendant is precluded from taking any of the Trial Materials with him into any jail facility, or possessing any of the Trial Materials in any jail facility, either before, during, or after trial; except that the defendant may review the Trial Materials, in the

possession of defense counsel or any paralegal or staff employed by the defense, when in the presence of defense counsel or any paralegal or staff employed by the defense; and

**ORDERED** that any violation of this Order (a) will require the immediate return to the government of the Trial Materials, and (b) may result in contempt of Court.

Dated: Central Islip, New York
       March 30, 2021

/s/ Joan M. Azrack
THE HONORABLE JOAN M. AZRACK
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK