**LAW OFFICES OF**
**GABRIELE A. BURNER, PLLC**

April 26, 2021

**Sent Via ECF**
The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

RE:   USA v. Howard Davis
       Docket No. 17-CR-000615

Dear Justice Azrack:

I represent Howard Davis, a person presently detained at Riverhead Correctional Facility regarding certain civil rights issues. Mr. Davis has faced the persistent denial of his civil rights while being detained by the Government in connection with the criminal matter now pending before Your Honor.

I recently inquired with the Government regarding the conditions of Mr. Davis' confinement and was advised by AUSA Monica Castro that her office would not provide any information to me until such time as I file a notice of appearance. This was a marked change of position for the Government who has been responding to my requests for over a year. As such, I have filed a Notice of Appearance.

Sincerely,

Gabriele A. Burner, Esq.
(née Gabriele Burner Shakeri as admitted)

Cc:   Christopher J. Cassar, Esq.
       Monica K. Castro, Esq.
       Christopher Caffarone, Esq.