

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

CCC:MEM
F. #2017R01937

*610 Federal Plaza
Central Islip, New York 11722*

April 26, 2021

<u>By Hand and ECF</u>

Christopher J. Cassar, Esq.
Christopher J. Cassar P.C.
13 East Carver Street
Huntington, NY 11743

      Re:    United States v. Howard Davis
               Criminal Docket No. 17-CR-615 (S-3) (JMA)

Dear Mr. Cassar:

      Enclosed please find additional Section 3500 material for the upcoming trial in the above-captioned matter.

      Very truly yours,

      MARK J. LESKO
      Acting United States Attorney

By:    /s/
      Christopher C. Caffarone
      Mark E. Misorek
      Monica K. Castro
      Assistant U.S. Attorneys
      (631) 715-7868/7874/7894

Enclosures
cc:    Clerk of Court (without enclosures)