✎CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT-APPOINTED COUNSEL (Rev 12/03)

**FILED**
**CLERK**
3:28 pm, Jan 18, 2022
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

| 1 CIR /DIST / DIV CODE | 2 PERSON REPRESENTED Howard Davis | VOUCHER NUMBER |
|---|---|---|

| 3 MAG DKT /DEF NUMBER | 4 DIST DKT /DEF NUMBER 17-cr-615 | 5 APPEALS DKT /DEF NUMBER | 6 OTHER DKT NUMBER |
|---|---|---|---|

| 7 IN CASE/MATTER OF *(Case Name)* | 8 PAYMENT CATEGORY | 9 TYPE PERSON REPRESENTED | 10 REPRESENTATION TYPE *(See Instructions)* |
|---|---|---|---|
| USA v. Davis | ☑ Felony ☐ Petty Offense<br>☐ Misdemeanor ☐ Other<br>☐ Appeal | ☑ Adult Defendant ☐ Appellant<br>☐ Juvenile Defendant ☐ Appellee<br>☐ Other | CC |

11 OFFENSE(S) CHARGED (Cite U S Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*

21:846, 841(b)(1)(A)(i) and 841(b)(1)(A)(iii); 18: 924(c)(l)(A)(i); 18:1959(a)(5), 1959(a)(6); 18:1959(a)(3)

12 ATTORNEY'S NAME *(First Name, M.I., Last Name, including any suffix),* AND MAILING ADDRESS

Cesar DeCastro
Law Office of Cesar de Castro
7 World Trade Center, 24th Floor
New York, NY 10007
Telephone Number : (646) 285-2077

13 COURT ORDER
☑ O Appointing Counsel    ☐ C Co-Counsel
☐ F Subs For Federal Defender    ☐ R Subs For Retained Attorney
☐ P Subs For Panel Attorney    ☐ Y Standby Counsel

Prior Attorney's Name: _____
Appointment Dates: _____
☑ Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR
☐ Other *(See Instructions)*

/s/ Joan M Azrack
Signature of Presiding Judge or By Order of the Court

1/18/2022
Date of Order                     Nunc Pro Tunc Date
Repayment or partial repayment ordered from the person represented for this service at time appointment        ☐ YES    ☑ NO

14 NAME AND MAILING ADDRESS OF LAW FIRM *(Only provide per instructions)*

| CLAIM FOR SERVICES AND EXPENSES | | | FOR COURT USE ONLY | | |
|---|---|---|---|---|---|
| CATEGORIES *(Attach itemization of services with dates)* | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
| 15 a Arraignment and/or Plea | | 0.00 | | 0.00 | |
| b Bail and Detention Hearings | | 0.00 | | 0.00 | |
| c Motion Hearings | | 0.00 | | 0.00 | |
| d Trial | | 0.00 | | 0.00 | |
| e Sentencing Hearings | | 0.00 | | 0.00 | |
| f Revocation Hearings | | 0.00 | | 0.00 | |
| g Appeals Court | | 0.00 | | 0.00 | |
| h Other *(Specify on additional sheets)* | | 0.00 | | 0.00 | |
| (RATE PER HOUR = $          ) TOTALS: | 0.00 | 0.00 | 0.00 | 0.00 | |
| 16 a Interviews and Conferences | | 0.00 | | 0.00 | |
| b Obtaining and reviewing records | | 0.00 | | 0.00 | |
| c Legal research and brief writing | | 0.00 | | 0.00 | |
| d Travel time | | 0.00 | | 0.00 | |
| e Investigative and other work *(Specify on additional sheets)* | | 0.00 | | 0.00 | |
| (RATE PER HOUR = $          ) TOTALS: | 0.00 | 0.00 | 0.00 | 0.00 | |
| 17 Travel Expenses *(lodging, parking, meals, mileage, etc.)* | | | | | |
| 18 Other Expenses *(other than expert, transcripts, etc.)* | | | | | |
| **GRAND TOTALS (CLAIMED AND ADJUSTED):** | | 0.00 | | 0.00 | |

*(In Court = rows 15; Out of Court = rows 16)*

19 CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE

**FROM:** _____    **TO:** _____

| 20 APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21 CASE DISPOSITION |
|---|---|

22 CLAIM STATUS    ☐ Final Payment    ☐ Interim Payment Number _____    ☐ Supplemental Payment

Have you previously applied to the court for compensation and/or reimbursement for this    ☐ YES ☐ NO    If yes, were you paid?    ☐ YES ☐ NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment *(compensation or anything of value)* from any other source in connection with this representation?    ☐ YES ☐ NO    If yes, give details on additional sheets
**I swear or affirm the truth or correctness of the above statements.**

Signature of Attorney _____    Date _____

| APPROVED FOR PAYMENT — COURT USE ONLY | | | | |
|---|---|---|---|---|
| 23 IN COURT COMP | 24 OUT OF COURT COMP | 25 TRAVEL EXPENSES | 26 OTHER EXPENSES | 27 TOTAL AMT APPR /CERT $0.00 |
| 28 SIGNATURE OF THE PRESIDING JUDGE | | | DATE | 28a JUDGE CODE |
| 29 IN COURT COMP | 30 OUT OF COURT COMP | 31 TRAVEL EXPENSES | 32 OTHER EXPENSES | 33 TOTAL AMT APPROVED $0.00 |
| 34 SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) *Payment approved in excess of the statutory threshold amount.* | | | DATE | 34a JUDGE CODE |

| Print | Save As... | Export as FDF | Retrieve FDF File | Reset |
|---|---|---|---|---|